**Electronically Filed
Supreme Court
SCWC-23-0000695
09-JUL-2026
12:46 PM
Dkt. 69 OGAC**

SCWC-23-0000695

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

RONDA BESELT,
Petitioner/Plaintiff-Appellant,

vs.

WALDORF=ASTORIA MANAGEMENT LLC,
a foreign limited liability company,
Respondent/Defendant/Cross-Claim Defendant-Appellee,

and

DEPARTMENT OF LAND AND NATURAL RESOURCES, STATE OF HAWAIʻI,
Respondent/Defendant/Cross-Claimant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000695 AND CAAP-24-0000314; CASE NO. 2CC161000597)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., and Eddins, J.,
Circuit Judge Toʻotoʻo, in place of Ginoza, J., recused,
Circuit Judge Wong, in place of Devens, C.J., recused,
and Circuit Judge Kubota, assigned by reason of vacancy)

The application for writ of certiorari filed on May 11, 2026, by Petitioner/Plaintiff-Appellant Ronda Beselt is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held in this case, subject to further order of the court.  Any party may, within ten days and pursuant to Rule 34(c) of the

Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

IT IS FURTHER ORDERED that all remaining pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, July 9, 2026.

/s/ Sabrina S. McKenna
/s/ Todd W. Eddins
/s/ Faʻauuga L. Toʻotoʻo
/s/ Paul B.K. Wong
/s/ Peter K. Kubota

